FILED '05 JUN 28 14:54 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STANLEY NEAL MURPHY,                                        CV. 05-235-HU

        Petitioner,                                              ORDER

v.

SHARON BLACKETTER,

        Respondent.

PANNER, Judge

    Petitioner, an inmate at Eastern Oregon Correctional Institution, brings this habeas corpus proceeding pursuant to 28 U.S.C. § 2254. Petitioner has filed a motion to voluntarily dismiss this proceeding. The motion (#5) is GRANTED. This proceeding is DISMISSED, without prejudice.

    Petitioner also has filed a motion entitled "Motion to Allow, Motion to Equitably Toll the Statute of Limitations Contained in 28 U.S.C. § 2244(d)(1)". The motion (#6) is DENIED AS MOOT. Petitioner is advised that to the extent that he seeks leave to reopen this habeas proceeding at such time as the U.S. Supreme Court rules that <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000) applies retroactively, that relief previously was granted in <u>Murphy</u>

1 -- ORDER

v. Hill, 01-699-MA (dismissing without prejudice and with leave to reopen). Accordingly, his renewed request to toll the limitation period in this proceeding is moot.

## CONCLUSION

Based on the foregoing, petitioner's motion for voluntary dismissal (#5) is GRANTED, and petitioner's motion to equitably toll the statute of limitations (#6) is DENIED AS MOOT. This proceeding is DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED this 28 day of June, 2005.

Owen M. Panner
United States District Judge